Argued January 24, affirmed February 7, reconsideration denied
May 3, petition for review denied October 3, 1978

STATE OF OREGON, *Respondent,*

*v.*

CARL JAMES CALLAGHAN, *Appellant.*

(No. 76 1251, and 76 1252, CA 7209)

574 P2d 362

Stephanie A. Smythe, Deputy Public Defender, Salem, argued the cause for appellant. With her on the briefs was Gary D. Babcock, Public Defender, Salem.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Before Schwab, Chief Judge, and Tanzer and Buttler, Judges.

PER CURIAM.

**PER CURIAM.**

The sole issue presented by this appeal was not raised below.

Affirmed.